```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

```
   KASEEM ALI-X,                    1:12-cv-3147-NLH-KMW

              Plaintiff,            MEMORANDUM OPINION & ORDER

        v.

   DAVID MCKISHEN, et al.,

              Defendants.
```

**APPEARANCES**:

Kaseem Ali-X
New Jersey State Prison
PO Box 861
Trenton, NJ 08625
      Plaintiff pro se

Gurbir S. Grewal, Attorney General of New Jersey
Kai W. Marshall-Otto, Deputy Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625
      Attorneys for DOC Defendants

**HILLMAN, District Judge**

   WHEREAS, Plaintiff Kaseem Ali-X has filed a civil complaint alleging that his legal mail was opened outside of his presence between May 24, 2010 and September 20, 2011 while he was incarcerated at South Woods State Prison, see ECF No. 11; and

   WHEREAS, Defendants filed a Motion for Summary Judgment on May 24, 2019, see ECF No. 89; and

   WHEREAS, on September 6, 2019, the Court extended the time

for Plaintiff, now proceeding pro se, to file opposition to the Motion for Summary Judgment by thirty (30) days, see ECF No. 91; and

WHEREAS, Plaintiff filed a motion to stay the proceeds in October 10, 2019, see ECF No. 93.  Plaintiff asserted that he had requested certain documents from defendants but had not received them and had filed complaints for being denied assistance with legal research.  Id. ¶¶ 6-9; and

WHEREAS, Plaintiff requested a stay of the proceedings for an additional thirty (30) days, id. ¶; and

WHEREAS, Defendants filed a letter objecting to any additional discovery, but not objecting to additional time for Plaintiff to prepare his opposition, see ECF No. 94; and

WHEREAS, after consolation with both parties, Magistrate Judge Williams set dispositive motions to be due on May 24, 2019 in a final scheduling order, see ECF No. 88; and

WHEREAS, the time for discovery has long since closed.  However, the Court will permit Plaintiff to have an additional thirty (30) days to file his opposition.  No further extensions will be permitted absent extraordinary circumstances,

THEREFORE, IT IS on this  28th     day of October, 2019

ORDERED that Plaintiff's motion to stay (ECF No. 93) is denied.  Plaintiff's time to oppose the Motion for Summary Judgment is extended thirty (30) days from the date of this

Order.  No new discovery is permitted; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Plaintiff by regular first-class mail at

    Kaseem Ali-X 000422722B
    New Jersey State Prison
    PO Box 861
    Trenton, NJ 08625

                                          s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.