```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

      KASEEM ALI-X,                    1:12-cv-3147-NLH-KMW

                 Plaintiff,            **MEMORANDUM OPINION & ORDER**

            v.

      DAVID MCKISHEN, et al.,

                 Defendants.

**APPEARANCES**:

Gurbir S. Grewal, Attorney General of New Jersey
Kai W. Marshall-Otto, Deputy Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625
      Attorneys for DOC Defendants

**HILLMAN, District Judge**

   WHEREAS, Plaintiff Kaseem Ali-X has filed a civil complaint alleging that his legal mail was opened outside of his presence between May 24, 2010 and September 20, 2011 while he was incarcerated at South Woods State Prison, see ECF No. 11; and

   WHEREAS, Defendants filed a Motion for Summary Judgment on May 24, 2019, see ECF No. 89; and

   WHEREAS, after the Court extended the time to oppose the motion, Plaintiff filed his opposition on November 13, 2019, see ECF No. 96; and

   WHEREAS, Defendants have requested an additional thirty

(30) days to file their reply papers, see ECF No. 97,

THEREFORE, IT IS on this ___21th___ day of November, 2019

ORDERED that Defendants' request for an extension to file their reply papers (ECF No. 97) is granted as modified.  The reply papers are due no later than December 6, 2019; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Plaintiff by regular first-class mail.


At Camden, New Jersey
                                       _s/ Noel L. Hillman_
                                       NOEL L. HILLMAN, U.S.D.J.