```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| KASEEM ALI-X, | 1:12-cv-3147 (NLH) (KMW) |
| Plaintiff, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| DAVID MCKISHEN, et al., | |
| Defendants. | |

**APPEARANCES**:

Kaseem Ali-X, 000422722B
New Jersey State Prison
PO Box 861
Trenton, NJ 08625
    Plaintiff pro se

**HILLMAN, District Judge**

WHEREAS, Plaintiff Kaseem Ali-X filed his amended complaint on May 9, 2013, see ECF No. 11; and

WHEREAS, Plaintiff substituted named defendants for John Doe mailroom employees on February 18, 2016; see ECF No. 57; and

WHEREAS, summonses were issued to I. Reyes and J. Seguinot on December 5, 2016, see ECF No. 65; and

WHEREAS, the summonses were returned unexecuted as to defendants I. Reyes and J. Seguinot on January 25, 2017, see ECF No. 67; and

WHEREAS, Rule 4(m) of the Federal Rules of Civil Procedure requires defendants to be served with the complaint within 90

days; and

WHEREAS, it appears more than 90 days have elapsed without proof of service on defendants I. Reyes and J. Seguinot

THEREFORE, IT IS on this  10th   day of December, 2019

ORDERED that, within fourteen (14) days of this Order, Plaintiff shall show cause, in writing, as to why all claims against defendants I. Reyes and J. Seguinot should not be dismissed for failure to effectuate proper service, Fed. R. Civ. P. 4(m); and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

                                                        s/ Noel L. Hillman
At Camden, New Jersey              NOEL L. HILLMAN, U.S.D.J.