```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

  KASEEM ALI-X,                          1:12-cv-3147 (NLH) (KMW)

              Plaintiff,                 **MEMORANDUM OPINION & ORDER**

        v.

  DAVID MCKISHEN, et al.,

              Defendants.

**APPEARANCES**:

Kaseem Ali-X, 000422722B
New Jersey State Prison
PO Box 861
Trenton, NJ 08625
     Plaintiff pro se

**HILLMAN, District Judge**

   WHEREAS, Plaintiff Kaseem Ali-X filed his amended complaint on May 9, 2013, see ECF No. 11; and

   WHEREAS, summonses were issued to defendant Karen Balicki on May 10, 2013, see ECF No. 12; and

   WHEREAS, the summonses were returned unexecuted as to defendant Karen Balicki on May 29, 2013, see ECF No. 13; and

   WHEREAS, Rule 4(m) of the Federal Rules of Civil Procedure at the time required defendants to be served with the complaint within 120 days; and

   WHEREAS, it appears more than 120 days have elapsed without proof of service on defendant Karen Balicki

THEREFORE, IT IS on this  10th   day of December, 2019

ORDERED that, within fourteen (14) days of this Order, Plaintiff shall show cause, in writing, as to why all claims against defendant Karen Balicki should not be dismissed for failure to effectuate proper service, Fed. R. Civ. P. 4(m); and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

At Camden, New Jersey

 s/ Noel L. Hillman 
NOEL L. HILLMAN, U.S.D.J.