UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

---

KASEEM ALI-X,                         1:12-cv-3147 (NLH) (KMW)

            Plaintiff,                **MEMORANDUM OPINION & ORDER**

    v.

DAVID MCKISHEN, et al.,

            Defendants.

---

**APPEARANCES**:

Kaseem Ali-X, 000422722B
New Jersey State Prison
PO Box 861
Trenton, NJ 08625
    Plaintiff pro se

**HILLMAN, District Judge**

    WHEREAS, on December 11, 2019, the Court issued Orders to Show Cause directing Plaintiff Kaseem Ali-X to provide good cause as to why he had not served defendants I. Reyes, J. Seguinot, and Karen Balicki with the amended complaint, see ECF Nos. 101 & 102; and

    WHEREAS, Plaintiff has not submitted a response within the timeframe set by the Court in its Orders; and

    THEREFORE, IT IS on this  31st   day of December, 2019

    ORDERED that all claims against defendants I. Reyes, J.

Seguinot, and Karen Balicki are dismissed without prejudice for failure to effectuate proper service, Fed. R. Civ. P. 4(m).

At Camden, New Jersey

                              s/ Noel L. Hillman
                              NOEL L. HILLMAN, U.S.D.J.