# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

KASEEM ALI-X,

    Plaintiff,

v.

DAVID MCKISHEN, et al.,

    Defendants.

1:12-cv-3147 (NLH) (KMW)

**MEMORANDUM OPINION & ORDER**

**APPEARANCES**:

Kaseem Ali-X, 000422722B
New Jersey State Prison
PO Box 861
Trenton, NJ 08625
    Plaintiff pro se

**HILLMAN, District Judge**

    WHEREAS, on February 18, 2016, Plaintiff Kaseem Ali-X amended his complaint to replace the unknown defendants, "All the Employees of the Mail Room Staffs," with the names of the employees as party defendants, see ECF No. 57; and

    WHEREAS, the second amended complaint named "J. Elbuef" as a party defendant, see id. at 5; and

    WHEREAS, it appears that, through an administrative error, summonses were not issued for defendant "J. Elbuef", see ECF No. 65; and

    WHEREAS, four years later on December 10, 2019, the Court granted summary judgment to all named defendants who had entered

an appearance in the case, see ECF No. 100; and

WHEREAS, at no time in the intervening period did Plaintiff contact the Court to inquire as to the status of his claims against "J. Elbuef" or to ask for assistance in serving "J. Elbuef"; and

WHEREAS, it therefore appears to the Court that Plaintiff has abandoned his claims against "J. Elbuef" as he has failed to prosecute them

THEREFORE, IT IS on this __31st__ day of December, 2019

ORDERED that, within twenty (20) days of this Order, Plaintiff shall show cause, in writing, as to why the Court should not order the Clerk to terminate "J. Elbuef" as a party defendant as it appears Plaintiff has abandoned his claims as to that defendant; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

s/ Noel L. Hillman
At Camden, New Jersey      NOEL L. HILLMAN, U.S.D.J.