**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

KASEEM ALI-X,

    Plaintiff,

v.

DAVID MCKISHEN, et al.,

    Defendants.

1:12-cv-3147 (NLH) (KMW)

**MEMORANDUM OPINION & ORDER**

**APPEARANCES**:

Kaseem Ali-X, 000422722B
New Jersey State Prison
PO Box 861
Trenton, NJ 08625
    Plaintiff pro se

**HILLMAN, District Judge**

    WHEREAS, on February 18, 2016, Plaintiff Kaseem Ali-X amended his complaint to replace the unknown defendants, "All the Employees of the Mail Room Staffs," with the names of the employees as party defendants, see ECF No. 57; and

    WHEREAS, the second amended complaint listed two proposed defendants with similar names, "Vastano" and "L. Vastano," separately in the caption, see id. at 5; and

    WHEREAS, the Clerk of the Court, relying on the caption of the second amended complaint, presumed these names to refer to two separate people and issued two sets of summonses to be served by the U.S. Marshals Service, see ECF No. 65; and

WHEREAS, subsequent developments indicate that "Vastano" and "L. Vastano" are the same person. First, although Plaintiff listed them separately in the caption and list of defendants, he did not distinguish between the two in the factual portion of his second amended complaint, see, e.g., ECF No. 57 ¶ 55 (making allegations against "Vastano," but not "L. Vastano"); and

WHEREAS, second, the Attorney General's Office entered an appearance and defended the action on behalf of "L. Vastano," but not "Vastano," see ECF No. 69; and

WHEREAS, it therefore appears to the Court that Plaintiff intended to prosecute his action against only one mailroom employee with the last name of "Vastano." Defendant "L. Vastano" was awarded summary judgment on December 10, 2019, see ECF No. 100

THEREFORE, IT IS on this   31st   day of December, 2019

ORDERED that, within twenty (20) days of this Order, Plaintiff shall show cause, in writing, as to why the Court should not order the Clerk to terminate "Vastano" as a party defendant as it appears they are the same person as party defendant "L. Vastano"; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Plaintiff by regular mail.

s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.